No. 87–7185. BYRNE *v.* BUTLER, WARDEN. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE BLACKMUN would dismiss the petition for writ of certiorari as moot. ▪